Michael FLOYD, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 101808

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: May 12, 2015

Lisa M. Stroup, St. Louis, for Mov-
ant/Appellant.

Mary Highland Moore, Jefferson City,
for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Mary K.
Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM.

Michael Floyd appeals from the motion
court's judgment denying, without an evi-
dentiary hearing, his amended Motion to
Vacate, Set Aside or Correct Judgment
and Sentence filed pursuant to Rule 29.15.[1]
We have reviewed the briefs of the parties
and the record on appeal and conclude the
judgment of the motion court was not
clearly erroneous. Rule 29.15(k). An ex-

1. All rule references are to Mo. R.Crim. P.2010, unless otherwise indicated.

tended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).